# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) <br> v. ) <br> KURONO SCUTCHINGS, ) <br> also known as "Kuron Scutchings," ) <br> DOB: xx/xx/xxxx-PDID: xxx-xxx ) <br> ) <br> *Defendant(s)* | Case: 1:25-mj-00171 <br> Assigned To: Judge Faruqui, Zia M. <br> Assign. Date: 8/25/2025 <br> Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 24, 2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year |
| 18 U.S.C. § 924(c)(1) | Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

AARON THOMAS, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 08/25/2025

_____
*Judge's signature*

City and state: Washington, DC    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*