## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | |
| **v.** | )( | **Case No. 25-mj-171** |
| | )( | |
| **KURON SCUTCHINGS** | )( | |

## ORDER

Upon consideration of the defendant Kuron Scutchings Consent Motion to

Continue Detention Hearing previously scheduled for September 23, 2025, it is by the

Court this 22th day of September  2025 hereby:

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the detention hearing in this case is continued to September 30

2025 at 11:30 a.m.

**SO ORDERED.**

Date: 9/22/2025

_____
Zia M. Faruqui
United Stated Magistrate Judge